No. 76–545. UNITED AIRLINES, INC. v. McDONALD, 432 U. S. 385. Petition for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.*

No. 76–1639. RAMSEY v. THE MODOC ET AL., ante, p. 826. Motion for leave to file petition for rehearing denied.